## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 652 MAL 2015

             Respondent           : 

                               :    Petition for Allowance of Appeal from

                               :    the Order of the Superior Court

        v.                    :

                               :

ERIC DOWLING,               :

                               :

             Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.